JACOB BELSKY, TRADING AS "THE BEST," PLAINTIFF, v. NORTHERN INSURANCE COMPANY, DEFENDANT.

Argued May 7, 1930—Decided May 19, 1930.

Before Justices BLACK and CASE.

For the plaintiff, *Joseph T. Lieblick.*

For the defendant, *Carey & Lane.*

PER CURIAM.

A motion in this case was made to strike out the answer filed by the defendant, upon the ground that it is sham and interposed solely for the purpose of delay. After hearing and considering the arguments of the respective counsel and the papers submitted; we think the motion to strike out the answer should be denied, with costs, and such will be the order of the court.